UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| **JONATHON HOFFMIRE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 4:16-cv-00040-RLY-TAB |
| | ) |
| **MIDWEST TUBE MILLS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the Joint Stipulation of Dismissal With Prejudice, heretofore filed by the parties;

And the Court being in all things duly advised;

Now, therefore, IT IS ORDERED, ADJUDGED AND DECREED that this matter be, and hereby is, dismissed, with prejudice, each party to bear their own costs, attorneys' fees and expenses.

SO ORDERED this 25th day of October 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Service of this Order will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.